UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LUCINDA D. DUNCAN,  )<br>  )<br>             Plaintiff,  )<br>   vs.  )<br>  )<br>MICHAEL J. ASTRUE, Commissioner  )<br> of the Social Security Administration,  )<br>  )<br>             Defendant.  ) | 4:09-cv-069-SEB-WGH |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Lucinda D. Duncan was not entitled to Disability Insurance Benefits based on her application filed on January 20, 2006, is **AFFIRMED.**

Date: 06/11/2010

_signature: Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Steven K. Robison
MONTGOMERY ELSNER & PARDIECK
srobison@meplegal.com